# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134339

MICHAEL TOWNSEND,
   Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.

SC: 134339
AGC: 2018/06

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

   On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

p0917